**In the United States District Court
for the Southern District of New York**

| | | |
|---|---|---|
| Wildbird LLC, | | |
| | *Plaintiff,* | No. 1:25-cv-05993-DLC |
| v. | | |
| Wildride, B.V., *et al.,* | | |
| | *Defendants.* | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Wildbird LLC ("Wildbird") appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated November 5, 2025, denying Wildbird's motion for preliminary injunction.

Date: December 5, 2025

/s/ *Molly R. Littman-Johnson*

Jonathan W. Thomas
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Jonathan.Thomas@gtlaw.com
(212) 801-9219

Molly R. Littman-Johnson
GREENBERG TRAURIG, LLP
90 South 7th Street, Suite 3500
Minneapolis, MN 55402
Molly.Littman@gtlaw.com
(612) 259-9669

APPEAL,CASREF,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–05993–DLC

Wildbird LLC v. Wildride B.V. et al
Assigned to: Judge Denise L. Cote
Referred to: Magistrate Judge Sarah Netburn (Settlement)
Cause: 15:1114 Trademark Infringement (Lanham Act)

Date Filed: 07/22/2025
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Wildbird LLC**　　　　　　　　represented by　**Molly Littman–Johnson**
Greenberg Traurig, LLP
90 South Seventh Street, Suite 3500
Suite 3500
Minneapolis, MN 55402
612–259–9669
Email: littmanm@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Webster Thomas**
Greenberg Traurig LLP
One Vanderbilt Avenue
New York, NY 10017
212–801–9219
Email: jonathan.thomas@gtlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wildride B.V.**　　　　　　　　represented by　**Leo Martin Lichtman**
Esca Legal
1177 6th Avenue, 5th Floor
New York, NY 10036
347–745–2535
Email: leo@esca.legal
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
305–523–9023
Email: james@slater.legal
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wildride USA Corp.**　　　　　　represented by　**Leo Martin Lichtman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Murray Slater**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| 07/22/2025 | 1 | COMPLAINT against Wildride B.V., Wildride USA Corp.. (Filing Fee $ 405.00, Receipt Number BNYSDC–31416330)Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 07/22/2025) |
|---|---|---|
| 07/22/2025 | 2 | AO 120 FORM TRADEMARK – NOTICE OF SUBMISSION BY ATTORNEY. AO 120 Form Patent/Trademark for case opening submitted to court for review..(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 3 | CIVIL COVER SHEET filed..(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Wildride B.V., re: 1 Complaint. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Wildride USA Corp, re: 1 Complaint. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 7 | **FILING ERROR DEFICIENT PLEADING – PDF ERROR –** AMENDED COMPLAINT amending 1 Complaint against Wildride B.V., Wildride USA Corp. with JURY DEMAND.Document filed by Wildbird LLC. Related document: 1 Complaint. (Attachments: # 1 Exhibit 1 – 79375825 Trademark Application, # 2 Exhibit 2 – 98558373 Trademark Application, # 3 Exhibit 3 – Wildride's Us Website Homepage, # 4 Exhibit 4 – Wildride's Us Website Privacy Policy, # 5 Exhibit 5 – 495 Trademark Registration Certificate, # 6 Exhibit 6 – 040 Trademark Application, # 7 Exhibit 7 – Nordstrom Listing for Wildride's Baby Carrier, # 8 Exhibit 8 – Wayback Listing for Wildride's US Website).(Thomas, Jonathan) Modified on 7/23/2025 (jgo). (Entered: 07/22/2025) |
| 07/22/2025 | 8 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by Wildbird LLC. Related Document Number: 7 ..(Thomas, Jonathan) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 07/22/2025) |
| 07/22/2025 | 9 | MEMORANDUM OF LAW in Support re: 8 Proposed Order to Show Cause Without Emergency Relief . Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 10 | DECLARATION of Nate Gunn in Support re: 8 Proposed Order to Show Cause Without Emergency Relief. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit 1 – Wildbird's Products, # 2 Exhibit 2 – 495 Trademark Registration Certificate, # 3 Exhibit 3 – Office Action, # 4 Exhibit 4 – 040 Trademark Application, # 5 Exhibit 5 – Wildbird's Instagram Account, # 6 Exhibit 6 – Wildbird's Facebook Account, # 7 Exhibit 7 – Wildbird's TikTok Account, # 8 Exhibit 8 – Parents.com Award, # 9 Exhibit 9 – Wildbird's Amazon.com Storefront, # 10 Exhibit 10 – Negative Nordstrom Review for Wildride).(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/22/2025 | 11 | DECLARATION of Jonathan W. Thomas in Support re: 8 Proposed Order to Show Cause Without Emergency Relief. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit 1 – 79375825 Trademark Application, # 2 Exhibit 2 – 98558373 Trademark Application, # 3 Exhibit 3 – Wildride's Us Website Homepage, # 4 Exhibit 4 – Wildride's Us Website Privacy Policy, # 5 Exhibit 5 – Nodstrom Listing for Wildride's Baby Carrier, # 6 Exhibit 6 – Wayback Listing for Wildride's US Website, # 7 Exhibit 7 – Wildride's Instagram Account).(Thomas, Jonathan) (Entered: 07/22/2025) |
| 07/23/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Denise L. Cote. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 07/23/2025) |
| 07/23/2025 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. |

| | | |
|---|---|---|
| | | Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 07/23/2025) |
| 07/23/2025 | | Case Designated ECF. (jgo) (Entered: 07/23/2025) |
| 07/23/2025 | 12 | ELECTRONIC SUMMONS ISSUED as to Wildride B.V...(jgo) (Entered: 07/23/2025) |
| 07/23/2025 | 13 | ELECTRONIC SUMMONS ISSUED as to Wildride USA Corp...(jgo) (Entered: 07/23/2025) |
| 07/23/2025 | 14 | AO 120 FORM TRADEMARK – CASE OPENING – SUBMITTED. In compliance with the provisions of 15 U.S.C. 1116, the Director of the U.S. Patent and Trademark Office is hereby advised that a court action has been filed on the following trademark(s) in the U.S. District Court Southern District of New York. Director of the U.S. Patent and Trademark Office electronically notified via Notice of Electronic Filing (NEF)..(jgo) (Entered: 07/23/2025) |
| 07/23/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT TRADEMARK FORM. Notice to Attorney Jonathan Webster Thomas re: Document No. 2 AO 120 Form Patent/Trademark – Notice of Submission by Attorney. The filing is deficient for the following reason(s): the Docket Number field on the AO 120 Patent/Trademark form was not completed by the attorney.. Do not re–file the form. The Court has corrected the deficiency/deficiencies.. (jgo)** (Entered: 07/23/2025) |
| 07/23/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Jonathan Webster Thomas to RE–FILE Document No. 7 Amended Complaint. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; the PDF must be titled to correspond with the ECF filing event type used. Re–file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents – attach the correct signed PDF – select the individually named filer/filers – select the individually named party/parties the pleading is against. (jgo)** (Entered: 07/23/2025) |
| 07/23/2025 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. 8 Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (km)** (Entered: 07/23/2025) |
| 07/23/2025 | 15 | AMENDED COMPLAINT amending 7 Amended Complaint,,, against Wildride B.V., Wildride USA Corp. with JURY DEMAND.Document filed by Wildbird LLC. Related document: 7 Amended Complaint,,,,. (Attachments: # 1 Exhibit 1 – 79375825 Trademark Application, # 2 Exhibit 2 – 98558373 Trademark Application, # 3 Exhibit 3 – Wildride's Us Website Homepage, # 4 Exhibit 4 – Wildride's Us Website Privacy Policy, # 5 Exhibit 5 – 495 Trademark Registration Certificate, # 6 Exhibit 6 – 040 Trademark Application, # 7 Exhibit 7 – Nordstrom Listing for Wildride's Baby Carrier, # 8 Exhibit 8 – Wayback Listing for Wildride's US Website).(Thomas, Jonathan) (Entered: 07/23/2025) |
| 07/23/2025 | 16 | ORDER: The plaintiff initiated this action and moved for a preliminary injunction on July 22, 2025. There being no indication on the docket that the defendants have been served, it is hereby ORDERED that, should service be made on either defendant on or before July 25, 2025, a conference shall be held on July 29, 2025 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007. (Show Cause Hearing set for 7/29/2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 7/23/2025) (jwh) (Entered: 07/23/2025) |
| 07/24/2025 | 17 | AFFIDAVIT OF SERVICE of Amended Complaint, Summons, Preliminary Injunction Motion & Exhibits and Order re Service of Process served on Wildride USA Corp. c/o Tabs, Inc on 7/24/2025. Service was accepted by Adriana Cox. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 07/24/2025) |
| 07/29/2025 | | Minute Entry for proceedings held before Judge Denise L. Cote: Initial Pretrial Conference held on 7/29/2025. (Court Reporter George Malinowski) (jwh) (Entered: |

| | | 07/29/2025) |
|---|---|---|
| 07/30/2025 | 18 | SCHEDULING ORDER: The parties are instructed to contact the chambers of Magistrate Judge Netburn prior to August 1, 2025 in order to schedule settlement discussions under her supervision to occur in August 2025. The parties shall exchange core documents by August 8. The parties shall serve no more than five interrogatories, five requests for admissions, and ten document demands by August 15. Responses to interrogatories, requests for admissions, and document demands are due August 29. Depositions of witnesses must occur by September 12. Defendants' memorandum in opposition to the plaintiff's July 22 motion for a preliminary injunction is due September 26. Plaintiff's reply is due October 3. At the time the reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York, as further set forth herein. The preliminary injunction hearing will be held on October 23. The following procedures shall govern the conduct of the October 23 hearing: 1. All exhibits must be pre–marked. 2. At the start of the hearing, each party shall provide the Court with three (3) copies of a complete exhibit list. 3. Counsel should make certain that they retain custody of all original exhibits, including the affidavits composing the direct testimony. The Court does not retain them and the Clerk is not responsible for them. SO ORDERED. Responses due by 9/26/2025 Replies due by 10/3/2025. Deposition due by 9/12/2025. (Signed by Judge Denise L. Cote on 7/29/2025) (vfr) (Entered: 07/30/2025) |
| 07/30/2025 | 19 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Sarah Netburn. SO ORDERED. (Signed by Judge Denise L. Cote on 7/29/2025) (vfr) (Entered: 07/30/2025) |
| 07/31/2025 | 20 | ORDER: On July 30, 2025, the Honorable Denise L. Cote assigned this matter to my docket for settlement. The Court is available for a remote settlement conference on the following dates beginning at 10:00 a.m.: August 7; August 15; and August 22. The Court is available for an in–person settlement conference on the following dates: August 6, beginning at 2:00 p.m.; August 13, beginning at 10:00 a.m.; and August 14, beginning at 10:00 a.m. The parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov as soon as possible to select a date. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/31/2025) (dsh) (Entered: 07/31/2025) |
| 07/31/2025 | 21 | NOTICE OF APPEARANCE by Leo Martin Lichtman on behalf of Wildride B.V., Wildride USA Corp...(Lichtman, Leo) (Entered: 07/31/2025) |
| 07/31/2025 | 22 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Denise L. Cote from Leo M. Lichtman dated 7/31/2025. Document filed by Wildride B.V., Wildride USA Corp...(Lichtman, Leo) (Entered: 07/31/2025) |
| 07/31/2025 | 23 | ORDER granting 22 Letter Motion for Extension of Time to Answer re 1 Complaint. Granted. Wildride B.V. answer due 9/15/2025; Wildride USA Corp. answer due 9/15/2025. (Signed by Judge Denise L. Cote on 7/31/2025) (vfr) (Entered: 07/31/2025) |
| 08/04/2025 | 24 | SETTLEMENT CONFERENCE ORDER: A settlement conference is scheduled for Friday, August 22, 2025, at 10:00 a.m. and will be held telephonically. The Court will provide dial–in information by email before the conference. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon–sarah–netburn. The parties are strongly encouraged to engage in good–faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Friday, August 15, 2025. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately. SO ORDERED. Settlement Conference set for 8/22/2025 at 10:00 AM before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 8/4/2025) (dsh) (Entered: 08/04/2025) |

| 08/06/2025 | 25 | PROPOSED PROTECTIVE ORDER. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit A – NDA).(Thomas, Jonathan) (Entered: 08/06/2025) |
|---|---|---|
| 08/06/2025 | 26 | STIPULATED PROTECTIVE ORDER..regarding procedures to be followed that shall govern the handling of confidential material... IT IS SO ORDERED. (Signed by Judge Denise L. Cote on 8/6/2025) (vfr) (Entered: 08/06/2025) |
| 08/07/2025 | 27 | MOTION for James Murray Slater to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31501288. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Affidavit in Support of Admission, # 2 Exhibit Certificate of Good Standing – D.C. Court of Appeals, # 3 Exhibit Certificate of Good Standing – Colorado Supreme Court, # 4 Exhibit Certificate of Good Standing – Florida Supreme Court, # 5 Exhibit Certificate of Good Standing – Georgia State Bar, # 6 Proposed Order Granting Pro Hac Vice Admission).(Slater, James) (Entered: 08/07/2025) |
| 08/08/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 27 MOTION for James Murray Slater to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31501288. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 08/08/2025) |
| 08/12/2025 | 28 | MOTION for Molly R. Littman–Johnson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31521842. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Wildbird LLC. (Attachments: # 1 Affidavit of Molly R. Littman–Johnson, # 2 Exhibit A – Certificate of Good Standing, # 3 Proposed Order granting Molly R. Littman–Johnson Admission Pro Hac Vice).(Littman–Johnson, Molly) (Entered: 08/12/2025) |
| 08/12/2025 | 29 | ORDER granting 27 Motion for James Murray Slater to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 08/12/2025) |
| 08/12/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 28 MOTION for Molly R. Littman–Johnson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31521842. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 08/12/2025) |
| 08/13/2025 | 30 | ORDER granting 28 Motion for Molly R. Littman–Johnson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Denise L. Cote)(Text Only Order) (jwh) (Entered: 08/13/2025) |
| 08/22/2025 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Settlement Conference held on 8/22/2025. (dsh) (Entered: 08/26/2025) |
| 09/10/2025 | 31 | FIRST LETTER MOTION for Extension of Time *re Certain Preliminary–Injunction Related Deadlines* addressed to Judge Denise L. Cote from Jonathan W. Thomas dated 09/10/2025. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 09/10/2025) |
| 09/10/2025 | | Set/Reset Deadlines: Responses due by 10/3/2025 Replies due by 10/10/2025. (vfr) (Entered: 09/11/2025) |
| 09/11/2025 | 32 | REVISED SCHEDULING ORDER granting 31 Letter Motion for Extension of Time. Completion of Depositions: September 19, 2025. Defendants' Memorandum in Opposition to Plaintiffs July 22, 2025, Preliminary– Injunction Motion: September 26, 2025. Plaintiff's Reply in Further Support of its Preliminary– Injunction Motion: October 3, 2025. (As further set forth in this Order.) IT IS SO ORDERED. Deposition due by 9/19/2025. (Signed by Judge Denise L. Cote on 9/10/2025) (vfr) (Entered: 09/11/2025) |
| 09/11/2025 | 33 | ORDER: Pursuant to the parties' joint request, it is hereby ORDERED that the preliminary injunction hearing shall be adjourned to October 30, 2025 at 11:00 a.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007. ( Show Cause Hearing set for 10/30/2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 9/11/2025) (vfr) (Entered: 09/11/2025) |

| 09/15/2025 | 34 | ANSWER to 15 Amended Complaint,, with JURY DEMAND. Document filed by Wildride B.V...(Lichtman, Leo) (Entered: 09/15/2025) |
|---|---|---|
| 09/15/2025 | 35 | ANSWER to 15 Amended Complaint,, with JURY DEMAND. Document filed by Wildride USA Corp...(Lichtman, Leo) (Entered: 09/15/2025) |
| 09/19/2025 | 36 | EMERGENCY MOTION for Temporary Restraining Order . Document filed by Wildbird LLC..(Thomas, Jonathan) **(Refer to ECF Rule 13.19(b) and (c) for directions regarding promptly alerting the court to this filing.**) (Entered: 09/19/2025) |
| 09/19/2025 | 37 | MEMORANDUM OF LAW in Support re: 36 EMERGENCY MOTION for Temporary Restraining Order . . Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 09/19/2025) |
| 09/19/2025 | 38 | DECLARATION of Nate Gunn in Support re: 36 EMERGENCY MOTION for Temporary Restraining Order .. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 09/19/2025) |
| 09/19/2025 | 39 | DECLARATION of Jonathan W. Thomas in Support re: 36 EMERGENCY MOTION for Temporary Restraining Order .. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19).(Thomas, Jonathan) (Entered: 09/19/2025) |
| 09/19/2025 | 40 | DECLARATION of Jason Somerville in Support re: 36 EMERGENCY MOTION for Temporary Restraining Order .. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 09/19/2025) |
| 09/19/2025 | 41 | ORDER re: 36 EMERGENCY MOTION for Temporary Restraining Order: The plaintiff moved for a temporary restraining order against defendants on September 19, 2025. Accordingly, it is hereby ORDERED that a conference shall be held on September 22, 2025 at 2:30 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007. (Motion Hearing set for 9/22/2025 at 02:30 PM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 9/19/2025) (jwh) (Entered: 09/19/2025) |
| 09/22/2025 | 42 | MEMORANDUM OF LAW in Opposition re: 36 EMERGENCY MOTION for Temporary Restraining Order . . Document filed by Wildride B.V., Wildride USA Corp...(Lichtman, Leo) (Entered: 09/22/2025) |
| 09/22/2025 | 43 | DECLARATION of Britt Schoorl in Opposition re: 36 EMERGENCY MOTION for Temporary Restraining Order .. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit A (branding), # 2 Exhibit B (products), # 3 Exhibit C (marketing inquiries)).(Lichtman, Leo) (Entered: 09/22/2025) |
| 09/22/2025 | 44 | DECLARATION of Leo M. Lichtman in Opposition re: 36 EMERGENCY MOTION for Temporary Restraining Order .. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit A (webpage), # 2 Exhibit B (email chain), # 3 Exhibit C (spreadsheet), # 4 Exhibit D (webpage), # 5 Exhibit E (webpage), # 6 Exhibit F (webpage), # 7 Exhibit G (webpage), # 8 Exhibit H (webpage), # 9 Exhibit I (depo transcript), # 10 Exhibit J (verified ROG response)).(Lichtman, Leo) (Entered: 09/22/2025) |
| 09/22/2025 | | Minute Entry for proceedings held before Judge Denise L. Cote: Motion Hearing held on 9/22/2025 re: 36 EMERGENCY MOTION for Temporary Restraining Order. (Court Reporter Doug Colavito) (jwh) (Entered: 09/22/2025) |
| 09/22/2025 | 45 | ORDER denying 36 Motion for TRO: Accordingly, it is hereby ORDERED that the motion for a temporary restraining order is denied on the ground that plaintiff failed to establish that it will be irreparably harmed prior to October 30, 2025 absent a temporary restraining order. (Signed by Judge Denise L. Cote on 9/22/2025) (jwh) (Entered: 09/22/2025) |
| 09/25/2025 | 46 | ORDER: The parties are encouraged to advise the Court if they wish to schedule a settlement conference before the preliminary injunction hearing scheduled for October |

| | | |
|---|---|---|
| | | 30, 2025. The Court is available for a settlement conference on the following dates beginning at 10:00 a.m.: October 15, October 16, and October 24. If the parties wish to proceed, they are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov as soon as possible to select a date. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/25/2025) (dsh) (Entered: 09/25/2025) |
| 10/03/2025 | 47 | LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025. Document filed by Wildride B.V., Wildride USA Corp...(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/03/2025 | 48 | MEMORANDUM OF LAW in Opposition re: 47 LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025. *Redacted Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction*. Document filed by Wildride B.V., Wildride USA Corp...(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/03/2025 | 49 | DECLARATION of Britt Schoorl in Opposition re: 47 LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025.. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit 1 – branding, # 2 Exhibit 2 – brand guide (sealed), # 3 Exhibit 3 – products, # 4 Exhibit 4 – marketing inquiries).(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/03/2025 | 50 | DECLARATION of Leo M. Lichtman in Opposition re: 47 LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025.. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25).(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/03/2025 | 51 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 47 LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025. *Unredacted Memorandum of Law in Opposition to Plaintiff's motion for preliminary injunction*. Document filed by Wildride USA Corp., Wildride B.V., Wildbird LLC. Motion or Order to File Under Seal: 47 .(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/03/2025 | 52 | ***SELECTED PARTIES***DECLARATION of Britt Schoorl in Opposition re: 47 LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025.. Document filed by Wildride USA Corp., Wildride B.V., Wildbird LLC. Motion or Order to File Under Seal: 47 .(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/03/2025 | 53 | ***SELECTED PARTIES***NOTICE of filing certain sealed exhibits in support of Defendants' opposition to Plaintiff's motion for preliminary injunction re: 47 LETTER MOTION to Seal *certain exhibits and file redacted opposition papers* addressed to Judge Denise L. Cote from Leo M. Lichtman dated 10/3/2025.. Document filed by Wildride USA Corp., Wildride B.V., Wildbird LLC. (Attachments: # 1 Exhibit Schoorl Ex 2, # 2 Exhibit Lichtman Ex 6, # 3 Exhibit Lichtman Ex 7, # 4 Exhibit Lichtman Ex 11, # 5 Exhibit Lichtman Ex 17, # 6 Exhibit Lichtman Ex 18, # 7 Exhibit Lichtman Ex 25)Motion or Order to File Under Seal: 47 .(Lichtman, Leo) (Entered: 10/03/2025) |
| 10/06/2025 | 54 | ORDER granting 47 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/6/2025) (mml) (Entered: 10/07/2025) |
| 10/10/2025 | 55 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Molly R. Littman–Johnson dated October 10, 2025. Document filed by Wildbird LLC..(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/10/2025 | 56 | NOTICE of Filing Certain Exhibits Under Seal re: 55 LETTER MOTION to Seal addressed to Judge Denise L. Cote from Molly R. Littman–Johnson dated October 10, 2025.. Document filed by Wildbird LLC..(Littman–Johnson, Molly) (Entered: 10/10/2025) |

| | | |
|---|---|---|
| 10/10/2025 | 57 | MEMORANDUM OF LAW in Support re: 9 Memorandum of Law in Support *Plaintiff WildBird LLC's REDACTED Reply Brief ISO Motion for Preliminary Injunction*. Document filed by Wildbird LLC..(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/10/2025 | 58 | DECLARATION of Molly R. Littman–Johnson in Support re: 57 Memorandum of Law in Support. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit 1 – Bates No. WILDBIRD0000158, # 2 Exhibit 2 – Portions of Transcript of 30(b)(6) Deposition of Plaintiff Wildbird Provisionally Filed Under Seal, # 3 Exhibit 3 – Bates No. RIDE000444 Provisionally Filed Under Seal, # 4 Exhibit 4 – REDACTED Portions of Transcript of 30(b)(6) Deposition of Defendants Wildride B.V. and Wildride USA Corp).(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/10/2025 | 59 | DECLARATION of Nate Gunn in Support re: 57 Memorandum of Law in Support. Document filed by Wildbird LLC..(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/10/2025 | 60 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9 Memorandum of Law in Support *SEALED Plaintiff WildBird LLC's Reply Brief ISO Motion for Preliminary Injunction*. Document filed by Wildbird LLC, Wildride B.V., Wildride USA Corp.. Motion or Order to File Under Seal: 55 .(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/10/2025 | 61 | ***SELECTED PARTIES***DECLARATION of Molly R. Littman–Johnson in Support re: 57 Memorandum of Law in Support. Document filed by Wildbird LLC, Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit 2 – SEALED Portions of Transcript of 30(b)(6) Deposition of Plaintiff Wildbird., # 2 Exhibit 3 – SEALED Bates No. RIDE000444., # 3 Exhibit 4 – SEALED Portions of Transcript of 30(b)(6) Deposition of Defendants Wildride B.V. and Wildride USA Corp., including Deposition Exhibits 3–4 and 10–13)Motion or Order to File Under Seal: 55 .(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/10/2025 | 62 | CERTIFICATE OF SERVICE of Sealed Documents served on Defendants WILDRIDE B.V., and WILDRIDE USA CORP. on 10/10/2025. Service was made by Mail. Document filed by Wildbird LLC..(Littman–Johnson, Molly) (Entered: 10/10/2025) |
| 10/14/2025 | 63 | ORDER granting 55 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/14/2025) (vfr) (Entered: 10/14/2025) |
| 10/15/2025 | 64 | LETTER MOTION for Leave to File Defendants' Proposed sur–reply in further opposition to Plaintiff's motion for preliminary injunction addressed to Judge Denise L. Cote from Leo M. Lichtman dated October 15, 2025. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit Defendants' Proposed Sur–reply).(Lichtman, Leo) (Entered: 10/15/2025) |
| 10/15/2025 | 65 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/29/2025 before Judge Denise L. Cote. Court Reporter/Transcriber: George Malinowski, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/5/2025. Redacted Transcript Deadline set for 11/17/2025. Release of Transcript Restriction set for 1/13/2026..(Moya, Goretti) (Entered: 10/15/2025) |
| 10/15/2025 | 66 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/29/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 10/15/2025) |
| 10/17/2025 | 67 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Jonathan W. Thomas dated October 17, 2025. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 68 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/17/2025) |

| 10/17/2025 | 69 | DECLARATION of Jonathan W. Thomas in Support re: 68 Proposed Findings of Fact. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/17/2025) |
|---|---|---|
| 10/17/2025 | 70 | NOTICE of Plaintiff's Synopsis of Designations from Transcript of Defendants' Deposition re: 68 Proposed Findings of Fact. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit 1 July 22, 2025, Decl. of Nate Gunn and Exhibits 1–10, # 2 Exhibit 2 July 22, 2025, Decl.of Jonathan W. Thomas, Esq. and Exhibits 1–7, # 3 Exhibit 3 September 19, 2025, Declaration of Nate Gunn, # 4 Exhibit 4 Sept. 19, 2025, Decl. of Jonathan W. Thomas, Esq. and Exhibits 1–19, # 5 Exhibit 5 Sept. 22, 2025, Decl. of Britt Schoorl and Exhibits A–C, # 6 Exhibit 6–1 Sept. 22, 2025, Declaration of Leo M. Lichtman and Exhibits A–C_Part1, # 7 Exhibit 6–2 Sept. 22, 2025, Declaration of Leo M. Lichtman and Exhibits A–C_Part2, # 8 Exhibit 7 October 10, 2025, Decl. of Molly R. Littman–Johnson, Esq. and Exhibit 1–4, # 9 Exhibit 8 October 10, 2025, Declaration of Nate Gunn, # 10 Exhibit 10 Exhibit 4 from Wildbirds Deposition, # 11 Exhibit 11 Exhibit 14 from Wildbirds Deposition, # 12 Exhibit 12 Exhibit 7 from Wildbirds Deposition, # 13 Exhibit 13 Exhibit 19 from Wildbirds Deposition, # 14 Exhibit 15 Exhibit 15 from Wildrides Deposition, # 15 Exhibit 16 Exhibit 16 from Wildrides Deposition, # 16 Exhibit 17 Exhibit 17 from Wildrides Deposition, # 17 Exhibit 18 Exhibit 18 from Wildrides Deposition, # 18 Exhibit 19 WILDBIRD0003460, # 19 Exhibit 20 WILDBIRD0003462, # 20 Exhibit 22 RIDE000486 – Exhibit 11 from Wildrides Deposition), # 21 Exhibit 23 RIDE000485 – 12 from Wildrides Deposition, # 22 Exhibit 24 RIDE000487 – 13 from Wildrides Deposition., # 23 Exhibit 25 Exhibit 14 from Wildrides Deposition, # 24 Exhibit 26 Oct. 3, 2025, Declaration of Britt Schoorl and Exhibits 1–4, # 25 Exhibit 27 Oct. 3, 2025, Decl. of Leo M. Lichtman, Esq. & Exh. 1–25 – Part 1 of 2, # 26 Exhibit 27 Oct. 3, 2025, Decl. of Leo M. Lichtman, Esq. & Exh. 1–25 – Part 2 of 2).(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 71 | ***SELECTED PARTIES***NOTICE of Plaintiff's Synopsis of Designations from Transcript of Defendants' Deposition re: 70 Notice (Other),,,,,,,, 68 Proposed Findings of Fact. Document filed by Wildbird LLC, Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit 9 Nathan Gun Depo of 9–17–2025 – Part 1 of 3, # 2 Exhibit 9 Nathan Gun Depo of 9–17–2025 – Part 2 of 3, # 3 Exhibit 9 Nathan Gun Depo of 9–17–2025 – Part 3 of 3, # 4 Exhibit 14 Britt Schoorl and Loost Hul Tink – Part 1 of 2, # 5 Exhibit 14 Britt Schoorl and Loost Hul Tink – Part 2 of 2, # 6 Exhibit 21 Exhibit 10 from Wildrides Deposition)Motion or Order to File Under Seal: 67 .(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 72 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from Jonathan W. Thomas dated October 17, 2025. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 73 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 74 | ***SELECTED PARTIES***PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Wildbird LLC, Wildride B.V., Wildride USA Corp..Motion or Order to File Under Seal: 72 .(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 75 | ***SELECTED PARTIES***DECLARATION of Jonathan W. Thomas in Support re: 74 Proposed Findings of Fact. Document filed by Wildbird LLC, Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit 9 Nathan Gun Depo of 9–17–2025 – Part 1 of 3, # 2 Exhibit 9 Nathan Gun Depo of 9–17–2025 – Part 2 of 3, # 3 Exhibit 9 Nathan Gun Depo of 9–17–2025 – Part 3 of 3, # 4 Exhibit 14 Britt Schoorl and Loost Hul Tink – Part 1 of 2, # 5 Exhibit 14 Britt Schoorl and Loost Hul Tink – Part 2 of 2, # 6 Exhibit 21 Exhibit 10 from Wildrides Deposition, # 7 Exhibit 22 RIDE000486 – Exhibit 11 from Wildrides Deposition), # 8 Exhibit 23 RIDE000485 – Exhibit 12 from Wildrides Deposition., # 9 Exhibit 24 RIDE000487 – Exhibit 13 from Wildrides Deposition)Motion or Order to File Under Seal: 72 .(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 76 | DECLARATION of Jonathan W. Thomas in Support re: 73 Proposed Findings of Fact. Document filed by Wildbird LLC. (Attachments: # 1 Exhibit 1 July 22, 2025, Decl. of Nate Gunn and Exhibits 1–10, # 2 Exhibit 2 July 22, 2025, Decl.of Jonathan W. Thomas, Esq. and Exhibits 1–7, # 3 Exhibit 3 September 19, 2025, Declaration of Nate Gunn, # 4 Exhibit 4 Sept. 19, 2025, Decl. of Jonathan W. Thomas, Esq. and |

| | | |
|---|---|---|
| | | Exhibits 1–19, # 5 Exhibit 5 Sept. 22, 2025, Decl. of Britt Schoorl and Exhibits A–C, # 6 Exhibit 6 Sept. 22, 2025, Declaration of Leo M. Lichtman and Exhibits A–C_Part1, # 7 Exhibit 6 Sept. 22, 2025, Declaration of Leo M. Lichtman and Exhibits A–C_Part2, # 8 Exhibit 7 October 10, 2025, Decl. of Molly R. Littman–Johnson, Esq. and Exhibit 1–4, # 9 Exhibit 8 October 10, 2025, Declaration of Nate Gunn, # 10 Exhibit 9 Under Seal, # 11 Exhibit 10 Exhibit 4 from Wildbirds Deposition, # 12 Exhibit 11 Exhibit 14 from Wildbirds Deposition, # 13 Exhibit 12 Exhibit 7 from Wildbirds Deposition, # 14 Exhibit 13 Exhibit 19 from Wildbirds Deposition, # 15 Exhibit 14 Under Seal, # 16 Exhibit 15 Exhibit 15 from Wildrides Deposition, # 17 Exhibit 16 Exhibit 16 from Wildrides Deposition, # 18 Exhibit 17 Exhibit 17 from Wildrides Deposition, # 19 Exhibit 18 Exhibit 18 from Wildrides Deposition, # 20 Exhibit 19 WILDBIRD0003460, # 21 Exhibit 20 WILDBIRD0003462, # 22 Exhibit 21 Under Seal, # 23 Exhibit 22 Under Seal, # 24 Exhibit 23 Under Seal, # 25 Exhibit 24 Under Seal, # 26 Exhibit 25 Exhibit 14 from Wildrides Deposition, # 27 Exhibit 26 Oct. 3, 2025, Declaration of Britt Schoorl and Exhibits 1–4, # 28 Exhibit 27 Oct. 3, 2025, Decl. of Leo M. Lichtman, Esq. & Exh. 1–25 – Part 1 of 2, # 29 Exhibit 27 Oct. 3, 2025, Decl. of Leo M. Lichtman, Esq. & Exh. 1–25 – Part 2 of 2).(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 77 | NOTICE of Plaintiffs Synopsis of Designations from Transcript of Defendants Deposition re: 73 Proposed Findings of Fact. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/17/2025) |
| 10/17/2025 | 78 | LETTER MOTION to Seal addressed to Judge Denise L. Cote from James M. Slater dated 10/17/2025. Document filed by Wildride B.V., Wildride USA Corp...(Slater, James) (Entered: 10/17/2025) |
| 10/17/2025 | 79 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Wildride B.V., Wildride USA Corp...(Slater, James) (Entered: 10/17/2025) |
| 10/17/2025 | 80 | ***SELECTED PARTIES***PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Wildride USA Corp., Wildride B.V..Motion or Order to File Under Seal: 78 .(Slater, James) (Entered: 10/17/2025) |
| 10/17/2025 | 81 | NOTICE of Deposition Excerpts to be Offered by Defendants as Substantive Evidence. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit 1 – SEALED Excerpts of Transcript of Rule 30(b)(6) Deposition of Plaintiff, # 2 Exhibit 2 – Excerpts of Transcript of Rule 30(b)(6) Deposition of Defendants).(Slater, James) (Entered: 10/17/2025) |
| 10/17/2025 | 82 | NOTICE of Filing Defendants' List of Affiants to Cross–Examine at the Preliminary Injunction Hearing. Document filed by Wildride B.V., Wildride USA Corp.. (Attachments: # 1 Exhibit Defendant's List of Affiants to Cross–Examine at the Preliminary Injunction Hearing).(Slater, James) (Entered: 10/17/2025) |
| 10/17/2025 | 83 | ***SELECTED PARTIES***NOTICE of Filing Deposition Excerpts Under Seal. Document filed by Wildride USA Corp., Wildride B.V.. (Attachments: # 1 Exhibit SEALED Excerpts of Transcript of Rule 30(b)(6) Deposition of Plaintiff)Motion or Order to File Under Seal: 78 .(Slater, James) (Entered: 10/17/2025) |
| 10/17/2025 | 84 | Exhibit List *for the October 30, 2025 Preliminary Injunction Hearing*. Document filed by Wildride B.V., Wildride USA Corp...(Slater, James) (Entered: 10/17/2025) |
| 10/20/2025 | 85 | LETTER RESPONSE in Opposition to Motion addressed to Judge Denise L. Cote from Jonathan W. Thomas dated 10/20/25 re: 64 LETTER MOTION for Leave to File Defendants' Proposed sur–reply in further opposition to Plaintiff's motion for preliminary injunction addressed to Judge Denise L. Cote from Leo M. Lichtman dated October 15, 2025. . Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 10/20/2025) |
| 10/20/2025 | 86 | ORDER granting 72 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/17/2025) (vfr) Modified on 10/21/2025 (vfr). (Entered: 10/20/2025) |
| 10/20/2025 | 87 | ORDER: A preliminary injunction hearing is scheduled for October 30, 2025 at 11:00 a.m. in Courtroom 18B. On October 17, the parties submitted their respective proposed findings of fact and conclusions of law, pursuant to the Court's Individual Practices. The plaintiff and defendants are each calling one witness. The plaintiff also submitted |

| | | |
|---|---|---|
| | | a one–page synopsis of the deposition testimony it is offering as evidence at the hearing. It is hereby ORDERED that each side will be given 60 minutes to present their opening statement and any examination of the two witnesses. The affidavits of Mr. Gunn and Ms. Schoorl will be received at trial as their direct testimony. IT IS FURTHER ORDERED that each side will be given 45 minutes to present its summation, and the plaintiff will be permitted to reserve up to 15 of its 45 minutes for its rebuttal. (Preliminary Injunction Hearing set for 10/30/2025 at 11:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Judge Denise L. Cote.) (Signed by Judge Denise L. Cote on 10/20/2025) (mml) (Entered: 10/21/2025) |
| 10/20/2025 | 88 | ORDER granting 78 Letter Motion to Seal. Granted. (Signed by Judge Denise L. Cote on 10/20/2025) (mml) (Entered: 10/21/2025) |
| 10/30/2025 | | Minute Entry for proceedings held before Judge Denise L. Cote: Show Cause Hearing held on 10/30/2025. (Court Reporter Steven Greenblum) (jwh) (Entered: 10/30/2025) |
| 11/05/2025 | 89 | OPINION AND ORDER: Wildbird's July 22 motion for a preliminary injunction is denied. (Signed by Judge Denise L. Cote on 11/5/2025) (vfr) (Entered: 11/05/2025) |
| 11/05/2025 | 90 | ORDER: It is hereby ORDERED that the parties shall confer and, by November 14, 2025, propose a schedule for any further proceedings in this litigation. IT IS FURTHER ORDERED that the parties shall promptly contact Magistrate Judge Netburn's chambers to schedule renewed settlement discussions. (Signed by Judge Denise L. Cote on 11/5/2025) (vfr) (Entered: 11/05/2025) |
| 11/10/2025 | 91 | SETTLEMENT CONFERENCE ORDER: A settlement conference is scheduled for Wednesday, December 17, 2025, at 10:00 a.m. and will be held telephonically. The Court will provide dial–in information by email before the conference.The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Courts website at https:// nysd.uscourts.gov/hon–sarah–netburn. The parties are strongly encouraged to engage in good–faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Wednesday, December 10, 2025. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately. SO ORDERED. Settlement Conference set for 12/17/2025 at 10:00 AM before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 11/10/2025) (dsh) (Entered: 11/10/2025) |
| 11/14/2025 | 92 | JOINT LETTER MOTION for Discovery *and Case Deadlines* addressed to Judge Denise L. Cote from Jonathan W. Thomas dated 11/14/2025. Document filed by Wildbird LLC..(Thomas, Jonathan) (Entered: 11/14/2025) |
| 11/14/2025 | 93 | SCHEDULING ORDER granting 92 Letter Motion for Discovery. Settlement Conference December 17, 2025 at 10 am (Dkt. 91). Completion of additional fact depositions (i.e., in addition to PI–related depositions, each party may take one FED. R. Civ. P. 30(b)(6)deposition, and no more than two individual depositions) February 27, 2026. Completion of fact discovery April 13, 2026. Completion of expert discovery, including depositions of experts June 15, 2026. Deadline for dispositive motions, as well as Daubert motions July 13, 2026. Deadline for oppositions to dispositive, Daubert motions August 10, 2026. Deadline for replies in further support of dispositive, Daubert motions August 24, 2026. Hearing on dispositive, Daubert motions TBD/at the Court's convenience. Final Pretrial Conference TBD/at the Court's convenience. Trial TBD/at the Court's convenience. SO ORDERED. (Signed by Judge Denise L. Cote on 11/14/2025) (mml) (Entered: 11/17/2025) |
| 11/14/2025 | | Set/Reset Deadlines: (Deposition due by 6/15/2026., Expert Discovery due by 6/15/2026., Fact Discovery due by 4/13/2026., Motions due by 7/13/2026., Responses due by 8/10/2026, Replies due by 8/24/2026.), Set/Reset Hearings: (Settlement Conference set for 12/17/2025 at 10:00 AM before Magistrate Judge Sarah Netburn.) (mml) Modified on 11/18/2025 (mml). (Entered: 11/17/2025) |
| 12/03/2025 | 94 | TRANSCRIPT of Proceedings re: HEARING held on 10/30/2025 before Judge Denise L. Cote. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Redaction Request due 12/24/2025. Redacted Transcript Deadline set for 1/5/2026. Release of Transcript Restriction set for 3/3/2026..(Moya, Goretti) (Entered: 12/03/2025) |
| 12/03/2025 | 95 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 10/30/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 12/03/2025) |
| 12/04/2025 | 96 | **FILING ERROR – NO ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL TO THE FEDERAL CIRCUIT. Form 7 and Form 22 are due within 14 days. Document filed by Wildbird LLC. Filing fee $ 605.00, receipt number ANYSDC–32085970..(Littman–Johnson, Molly) Modified on 12/5/2025 (tp). (Entered: 12/04/2025) |
| 12/05/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Molly Littman–Johnson to RE–FILE Document No. 96 Notice of Appeal to the Federal Circuit. The filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re–file the appeal using the event type Notice of Appeal to the Federal Circuit found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed – Do Not Pay The Appeal Fee Again. (tp)** (Entered: 12/05/2025) |
| 12/05/2025 | 97 | NOTICE OF APPEAL from 89 Memorandum & Opinion. Document filed by Wildbird LLC. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Littman–Johnson, Molly) (Entered: 12/05/2025) |
| 12/05/2025 | | USCA Appeal Fees received $605.00 receipt number ANYSDC–32085970 on 12/4/2025 re: 97 Notice of Appeal filed by Wildbird LLC.(km) (Entered: 12/05/2025) |
| 12/05/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 97 Notice of Appeal.(km) (Entered: 12/05/2025) |
| 12/05/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 97 Notice of Appeal filed by Wildbird LLC were transmitted to the U.S. Court of Appeals.(km) (Entered: 12/05/2025) |